**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 22-6011**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

THOMAS CREIGHTON SHRADER,

Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield.  Irene C. Berger, District Judge.  (1:09-cr-00270-1)

Submitted:  March 24, 2022                                    Decided:  March 29, 2022

Before MOTZ, WYNN, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas Creighton Shrader, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Creighton Shrader appeals the district court's order denying his "Motion for Clarification and Immediate Release of Defendant Pursuant to 18 U.S.C. § 3583." We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *United States v. Shrader*, No. 1:09-cr-00270-1 (S.D.W. Va. Dec. 13, 2021). We deny Shrader's "Motion for Voidable Application" without prejudice to him filing it in the district court in the first instance.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We express no opinion on the ultimate disposition of the motion.